## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ORLIN OSMIN MURILLO AGUIRRE,   )
                                 )
        Petitioner,        )        No. 3:26-cv-01113
                                 )
        v.             )        Chief Judge Cathy Bissoon
                                 )
TODD BLANCHE, et al.,        )
                                 )
        Respondents.     )

### MEMORANDUM ORDER

Pending before the Court is Petitioner Orlin Osmin Murillo Aguirre's Petition for Writ of Habeas Corpus (Doc. 1) (the "Petition" or "Pet."). Petitioner currently is an immigration detainee in the custody of the United States Department of Homeland Security, Immigration and Customs Enforcement, at the Moshannon Valley Processing Center in Phillipsburg, Pennsylvania. Pet. ¶ 1. Petitioner alleges an entry date into the United States in 2022, and that Petitioner has continuously resided in the United States since then. Id. ¶ 2. Petitioner was placed into immigration detention on or around June 9, 2026. He has no criminal history. Id.

The Petition asserts in Count I that Petitioner is subject to discretionary detention pursuant to 8 U.S.C. § 1226(a) and not mandatory detention under § 1225(b)(2). Respondents oppose relief by relying upon decisions by the Courts of Appeals for the Fifth and Eighth Circuits to argue that mandatory detention is authorized under § 1225(b)(2)(A). The Court has considered and rejected Respondents' interpretation of § 1225(b)(2)(A), instead joining the Courts of Appeals for the Second, Sixth and Eleventh Circuits in holding that this mandatory detention provision only applies to noncitizens apprehended upon entry into the country or shortly thereafter. See, e.g., Tejeda Perez v. Oddo, No. 3:26-cv-00745, Order (Doc. 8), at 5, May 28, 2026; see also Cunha v. Freden, 175 F. 4th 61, 69, 74-75 (2d Cir. 2026); Lopez-Campos v.

Raycraft, Nos. 25-1965/1969/1978/1902, 2026 WL 1283891, at *2, *4 (6th Cir. May 11, 2026) (slip copy); Hernandez Alvarez v. Warden, Fed. Det. Ctr. Miami, No. 25-14065, 2026 WL 1243395, at *13 (11th Cir. May 6, 2026) (slip copy).

**AND NOW**, this 23rd day of June, 2026, **IT IS HEREBY ORDERED** that Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED** to the extent that it requests a bond hearing in accordance with 8 U.S.C. § 1226(a) and all related provisions of law.  Respondents are **ORDERED** to provide Petitioner with such a hearing, or release Petitioner, on or before June 30, 2026.  On or before July 7, 2026, Respondents shall provide notice to the Court confirming that Petitioner received a compliant bond hearing and apprising the Court of the bond hearing's outcome.  The petition is **DENIED** to the extent it requests any additional relief without prejudice to renewal.  **IT IS FURTHER ORDERED** that any motion for fees or costs shall be submitted on or before July 14, 2026, with responses, if any, due 14 days following that motion.

June 23, 2026

s/Cathy Bissoon
Cathy Bissoon
Chief United States District Judge

cc (via ECF email notification):
All Counsel of Record

2